IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:18-cr-419-DPM

MARCUSS LAMONT ROBINSON                                     DEFENDANT
Reg. No. 32119-009

ORDER

Robinson has filed a motion to reduce his sentence and for an appointed lawyer. The government has filed a motion to dismiss Robinson's motion.

Robinson waived his right to have his sentence modified based on a change to the guidelines. *Doc. 38 at 3*. *See United States v. Sisco*, 576 F.3d 791, 795 (8th Cir. 2009); *see also Freeman v. United States*, 564 U.S. 522, 541 (2011) (Sotomayor, J., concurring). He was represented by counsel. The Court reviewed the terms of the plea agreement with Robinson before accepting his plea. His waiver was therefore knowing and voluntary. And enforcing the waiver does not result in a miscarriage of justice. The indictment charged him with a crime carrying a fifteen-year mandatory minimum sentence. Under the agreement, Robinson was allowed to plead to a superseding information. *Doc. 38 at 4*. He was sentenced to seven years, ten months.

The government's motion, *Doc. 55*, is granted. Robinson's motion, *Doc. 52*, is denied.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 January 2024